1  **DANIEL A. BACON** 065099
Attorney at Law
2  5200 North Palm Avenue, Suite 408
Fresno, California 93704-2225
3  Telephone: (559) 241-7000

4  Attorney for CRISSY HELENA WILSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 01: 07-CR-00126 LJO |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO CONTINUE SENTENCING HEARING, |
| vs. | ) | AND ORDER THEREON |
| CRISSY HELENA WILSON, | ) | DATE:  November 30, 2007 |
| Defendant. | ) | TIME:  9:00 AM |
|  | ) | DEPT:  Hon. Lawrence J. O'Neill |

IT IS HEREBY STIPULATED by and between the parties hereto through their attorneys of record that the sentencing hearing presently scheduled before the Hon Lawrence J. O'Neill for November 30, 2007 at the hour of 9:00 AM be continued to December 21, 2007 at 9:00 AM.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of Justice, including, but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. Section 3161 (h)(8)(B)(iv).

Dated: November 28, 2007.             McGREGOR SCOTT, United States Attorney

                                      By: /s/ Stanley A. Boone
                                          STANLEY A. BOONE
                                          Assistant U.S. Attorney, Attorney for Plaintiff

Dated: November 28, 2007.

                                      /s/ Daniel A. Bacon
                                      DANIEL A. BACON,
                                      Attorney for CRISSY HELENA WILSON

|   |   |
|---|---|
| 1 | ORDER |
| 2 | The Declaration of Counsel Bacon justifies the continuance. Time is |
| 3 | excluded in the interests of justice pursuant to 18 U.S.C. Section 3161 (h)(8)(B)(iv). |

IT IS SO ORDERED.

Dated:   November 28, 2007              /s/ Lawrence J. O'Neill
                                                      UNITED STATES DISTRICT JUDGE