1  McGREGOR W. SCOTT
   United States Attorney
2  STANLEY A. BOONE
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California  93721
   Telephone:  (559) 497-4000
5

6

7

8          IN THE  UNITED STATES DISTRICT COURT FOR THE

9                  EASTERN DISTRICT OF CALIFORNIA

10
   UNITED STATES OF AMERICA,         )   1:07-CR-0126-LJO
11                                   )
          Plaintiff,                 )   STIPULATION and ORDER TO
12                                   )   CONTINUE SENTENCING
       v.                            )
13                                   )
   CRISSY  HELENA WILSON             )
14                                   )
          Defendant.                 )
15                                   )
                                     )
16

17

18

19

20

21       IT IS HEREBY STIPULATED by and between the parties hereto through their respective

22  counsel, Stanley A. Boone,  Assistant United States Attorney for Plaintiff, and Daniel A. Bacon,

23  Attorney for Defendant, that the Sentencing Hearing presently set for March 21, 2008,  at 9:00

24  a.m., may be continued to March 28,  2008, at 9:00 a.m.

25

26

27

28                                     1

The reason for the continuance is that Mr. Boone will be out of the office on that day.

                                          Respectfully submitted,

                                          McGREGOR W. SCOTT
                                          United States Attorney

DATED: March 18, 2008                  By  /s/ Stanley A. Boone
                                          STANLEY A. BOONE
                                          Assistant U.S. Attorney

DATE: March 18, 2008                 By    /s/ Daniel A. Bacon
                                          DANIEL A. BACON
                                          Attorney for Crissy Helena Wilson

**ORDER**

THE COURT FINDS GOOD CAUSE STATED IN THE STIPULATION TO CONTINUE THE SENTENCING FOR ONE WEEK TO MARCH 28, 2008 AT 9 A.M.

IT IS SO ORDERED.

**Dated:   March 19, 2008**                        /s/ Lawrence J. O'Neill
                                                  UNITED STATES DISTRICT JUDGE