1   **DANIEL A. BACON** 065099
    Attorney at Law
2   5200 North Palm Avenue, Suite 408
    Fresno, California 93704-2225
3   Telephone: (559) 241-7000

4   Attorney for CRISSY HELENA WILSON

5

6                       UNITED STATES DISTRICT COURT

7                       EASTERN DISTRICT OF CALIFORNIA

8

9   UNITED STATES OF AMERICA,          )   Case No. 01: 07-CR-00126 LJO
                                       )
10              Plaintiff,             )   STIPULATION TO CONTINUE
                                       )   SENTENCING HEARING,
11          vs.                        )   AND ORDER THEREON
                                       )
12  CRISSY HELENA WILSON,              )
                                       )   DATE:    March 28, 2008
13              Defendant.             )   TIME:    9:00 AM
    _____)   DEPT:    Hon. Lawrence J. O'Neill
14
            IT IS HEREBY STIPULATED by and between the parties hereto through
15
    their attorneys of record that the sentencing hearing presently scheduled before the Hon
16
    Lawrence J. O'Neill for March 28, 2008 at the hour of 9:00 AM be continued to April 25,
17
    2008 at 9:00 AM.
18
            The parties agree that the delay resulting from the continuance shall be
19
    excluded in the interests of Justice, including, but not limited to, the need for the period
20
    of time set forth herein for effective defense preparation pursuant to 18 U.S.C.
21
    Section 3161 (h)(8)(B)(iv), and availability of counsel.
22
    Dated: March 25, 2008.                McGREGOR SCOTT, United States Attorney
23

24                                        By: /s/ Stanley A. Boone
                                              STANLEY A. BOONE
25                                            Assistant U.S. Attorney, Attorney for Plaintiff

26  Dated: March 25, 2008.

27                                            /s/ Daniel A. Bacon
                                              DANIEL A. BACON,
28                                            Attorney for CRISSY HELENA WILSON

                    Stipulation to Continue Sentencing Hearing and Order Thereon

1

ORDER

2

Time is excluded in the interests of justice pursuant to

3

18 U.S.C. Section 3161 (h)(8)(B)(iv), and availability of counsel.  The declaration of

4

Defense Counsel establishes good cause.

5

6

IT IS SO ORDERED.

7

**Dated:    March 26, 2008**             _____**/s/ Lawrence J. O'Neill**_____
                                          UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation to Continue Sentencing Hearing
and Order Thereon                                                                    2