1  DANIEL A. BACON 065099
   ATTORNEY AT LAW
2  5200 NORTH PALM AVENUE, SUITE 408
   FRESNO, CALIFORNIA 93704-2225
3  TELEPHONE: (559) 241-7000

4  ATTORNEY FOR CRISSY HELENA WILSON

8  UNITED STATES DISTRICT COURT

9  EASTERN DISTRICT OF CALIFORNIA

11 | UNITED STATES OF AMERICA, ) | Case No. 01: 07-CR-00126 LJO
   |                           ) |
12 |         Plaintiff,        ) | STIPULATION TO CONTINUE STATUS
   |                           ) | CONFERENCE ON VIOLATION OF
13 |         vs.               ) | SUPERVISED RELEASE, AND ORDER
   |                           ) | THEREON
14 | CRISSY HELENA WILSON,     ) |
   |                           ) | DATE:  October 15, 2010
15 |         Defendant.        ) | TIME:  9:45 AM
   |_____) | DEPT:  Hon. Lawrence J. O'Neill

17         IT IS HEREBY STIPULATED by and between the parties hereto through

18 their attorneys of record that the Status Conference hearing presently scheduled before

19 the Hon Lawrence J. O'Neill for October 15, 2010 at the hour of 9:45 AM be continued

20 to November 12, 2010 at 9:45 AM.

21         The parties agree that the delay resulting from the continuance shall be

22 excluded in the interests of Justice, including, but not limited to, the need for the period

23 of time set forth herein for effective defense preparation pursuant to 18 U.S.C.

24 ///
25 ///
26 ///
27 ///
28 ///

Stipulation to Continue Status Conference
on Violation of Supervised Release

1  Section 3161 (h)(8)(B)(iv), and availability of counsel.

2  Dated: October 13, 2010.                McGREGOR SCOTT, United States Attorney

By:  /s/ Stanley A. Boone
     Assistant U.S. Attorney, Attorney for Plaintiff

Dated: October 13, 2010.

 /s/ Daniel A. Bacon
DANIEL A. BACON,
Attorney for CRISSY HELENA WILSON

Dated: October 13, 2010.          United States Probation Office

By:/s/ Michael Sipe
   MICHAEL SIPE
   U.S. Probation Officer

### ORDER

Good Cause exists. Time is excluded in the interests of justice pursuant to 18 U.S.C. Section 3161 (h)(8)(B)(iv), and availability of counsel.

IT IS SO ORDERED.

**Dated:     October 15, 2010**          /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE